# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | **Criminal No. 01-259-01 (ESH)** |
| | ) | |
| **JAMES J. GASTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

Upon consideration of the Report and Recommendation issued by Magistrate Judge John M. Facciola on August 12, 2011 [dkt. #111], which accepted the agreed-upon recommendation of the parties and the Probation Office, it is hereby

**ORDERED** that defendant's conditions of supervised release are modified to require him to spend no less than 90 days of his remaining term of supervised release in a halfway house; and it is further

**ORDERED** that all other conditions of supervised release remain in effect.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: August 24, 2011